UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DONALD ROBERT MASKER, III a/k/a | : | CHAPTER 13 |
| | DONALD ROBERT MASKER a/k/a | : | |
| | DONALD R. MASKER a/k/a DONALD | : | |
| | MASKER and | : | |
| | HEATHER LEE MASKER f/k/a | : | |
| | HEATHER FLORENTINO f/k/a | : | |
| | HEATHER L. FLORENTINO a/k/a | : | |
| | HEATHER MASKER a/k/a HEATHER | : | |
| | L. MASKER f/k/a HEATHER LEE | : | |
| | FLORENTINO | : | |
| | Debtors | : | |
| | | : | |
| | JACK N. ZAHAROPOULOS | : | |
| | STANDING CHAPTER 13 TRUSTEE | : | |
| | Movant | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | DONALD ROBERT MASKER, III a/k/a | : | |
| | DONALD ROBERT MASKER a/k/a | : | |
| | DONALD R. MASKER a/k/a DONALD | : | |
| | MASKER and | : | |
| | HEATHER LEE MASKER f/k/a | : | |
| | HEATHER FLORENTINO f/k/a | : | |
| | HEATHER L. FLORENTINO a/k/a | : | |
| | HEATHER MASKER a/k/a HEATHER | : | CASE NO. 5-23-bk-00085-MJC |
| | L. MASKER f/k/a HEATHER LEE | : | |
| | FLORENTINO | : | |
| | Respondents | : | OBJECTION TO EXEMPTIONS |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is

sustained.