**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald Robert Masker III a/k/a Donald Masker, a/k/a Donald R Masker, a/k/a Donald Robert Masker<br>Heather Lee Masker Heather Lee Masker, f/k/a Heather Florentino, f/k/a Heather L Florentino, a/k/a Heather Masker, a/k/a Heather L Masker, f/k/a Heather Lee Florentino<br>Debtor(s) | BK NO. 23-00085<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
30 Jan 2023, 17:08:44, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322