**Fill in this information to identify your case:**

Debtor 1: **Donald Robert Masker, III**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known): **5:23-bk-85**

Each asset described on this schedule is a change from a previous exemption of "100% of fair market value, up to any applicable statutory limit."

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **580 Prompton Rd Prompton PA, 18456-3225 County : Wayne Cure arrears estimated at $4,718.22. House was purchased in 2020 for $187,000.** Line from *Schedule A/B*: **1.1** | $183,000.00 | ■ $24,879.19  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(1)** |
| **Ford Taurus FWD 2015 99000** Line from *Schedule A/B*: **3.2** | $13,564.00 | ■ $4,450.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Household Goods** Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Electronics** Line from *Schedule A/B*: **7.1** | $800.00 | ■ $800.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 1 of 4
Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case 5:23-bk-00085-MJC     Doc 24     Filed 02/15/23     Entered 02/15/23 14:29:55     Desc
Document Ref: 5MO3J-TJY9B-CNDNY-NMMWK     Main Document     Page 1 of 6     Page 1 of 5

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Sports and Hobby Equipment**  Line from *Schedule A/B*: **9.1** | $150.00 | ■ | $150.00 | 11 USC § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothes**  Line from *Schedule A/B*: **11.1** | $700.00 | ■ | $700.00 | 11 USC § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**  Line from *Schedule A/B*: **12.1** | $300.00 | ■ | $300.00 | 11 USC § 522(d)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 dogs and 1 cat**  Line from *Schedule A/B*: **13.1** | $0.00 | ■ | $0.00 | 11 USC § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash as of 1/18/2023**  Line from *Schedule A/B*: **16.1** | $60.00 | ■ | $60.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **NBT Bank 3259 balance as of 1/18/2023**  Line from *Schedule A/B*: **17.1** | $26.09 | ■ | $26.09 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **NBT Bank 1067 balance as of 1/17/2023**  Line from *Schedule A/B*: **17.2** | $0.54 | ■ | $0.54 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **NBT Bank 8111 balance as of 1/18/2023**  Line from *Schedule A/B*: **17.3** | $1,205.00 | ■ | $1,205.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Thrift Savings Plan balance as of 1/18/2023. This is not property of the estate. Patterson v. Shumate.**  Line from *Schedule A/B*: **21.1** | $1,652.72 | ■ | $1,652.72 | 11 USC § 522(d)(12) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Estimated 2022 refund**  Line from *Schedule A/B*: **28.1** | $1,750.00 | ■ | $1,750.00 | 11 USC § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 2 of 4
Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case 5:23-bk-00085-MJC  Doc 24  Filed 02/15/23  Entered 02/15/23 14:29:55  Desc
Document Ref: 5MO3J-TJY9B-CNDNY-NMMWK  Main Document  Page 2 of 6  Page 2 of 5

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Heather Lee Masker** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION | |
| Case number (if known) | 5:23-bk-85 | |

Each asset described on this schedule is a change from a previous exemption of "100% of fair market value, up to any applicable statutory limit."

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| **580 Prompton Rd**<br>**Prompton PA, 18456-3225**<br>**County : Wayne**<br>**Cure arrears estimated at $4,718.22.**<br>**House was purchased in 2020 for $187,000.**<br>Line from *Schedule A/B*: **1.1** | $183,000.00 | ■ $24,879.19<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **Jeep**<br>**Cherokee 4WD**<br>**2021**<br>**46000**<br>Line from *Schedule A/B*: **3.1** | $26,246.00 | ■ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |

Official Form 106C             Schedule C: The Property You Claim as Exempt             page 3 of 4
Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case 5:23-bk-00085-MJC   Doc 24   Filed 02/15/23   Entered 02/15/23 14:29:55   Desc
Document Ref: 5MO3J-TJY9B-CNDNY-NMMWK        Main Document    Page 3 of 6                Page 3 of 5

| Debtor 1 | Masker, Donald Robert III & Masker, Heather Lee | | Case number (if known) | 5:23-bk-85 |
| Debtor 2 | | | | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Claim for statutory damages, reasonable attorney fees, and costs against Professional Account Services for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive (net of attorney's fees and costs) after a trial**<br>Line from *Schedule A/B*: **33.1** | $1,000.00 | ■ | $1,000.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Claim for statutory damages, reasonable attorney fees, and costs against Penn Credit for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive (net of attorney's fees and costs) after a trial is $1,000.00.**<br>Line from *Schedule A/B*: **33.2** | $1,000.00 | ■ | $1,000.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

| | | |
|---|---|---|
| Debtor 1 | **Donald Robert Masker, III** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 | **Heather Lee Masker** | |
| (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION | |
| Case number (if known) | 5:23-bk-85 | ☐ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____  X _____
**Donald Robert Masker, III**              **Heather Lee Masker**
Signature of Debtor 1                      Signature of Debtor 2

Date **February 15, 2023**                 Date **February 15, 2023**

# Signature Certificate

Reference number: 5MO3J-TJY9B-CNDNY-NMMWK

| Signer | Timestamp | Signature |
|---|---|---|
| **Heather Masker**<br>Email: floheather21@yahoo.com | | |
| Sent:<br>Viewed:<br>Signed: | 15 Feb 2023 16:36:08 UTC<br>15 Feb 2023 18:33:50 UTC<br>15 Feb 2023 18:34:07 UTC | |
| **Recipient Verification:**<br>✔ Email verified | <br>15 Feb 2023 18:33:50 UTC | IP address: 72.28.32.14<br>Location: Carbondale, United States |
| **Donald Masker**<br>Email: donald_masker@rocketmail.com | | |
| Sent:<br>Viewed:<br>Signed: | 15 Feb 2023 16:36:08 UTC<br>15 Feb 2023 18:34:07 UTC<br>15 Feb 2023 18:34:18 UTC | |
| **Recipient Verification:**<br>✔ Email verified | <br>15 Feb 2023 18:34:07 UTC | IP address: 72.28.32.14<br>Location: Carbondale, United States |

**Document completed by all parties on:**
15 Feb 2023 18:34:18 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

