United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00085-MJC |
| Donald Robert Masker, III | Chapter 13 |
| Heather Lee Masker | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Feb 27, 2023      Form ID: ntcnfhrg      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Donald Robert Masker, III, Heather Lee Masker, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516483 | | Affirm Inc./Amazon, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5516488 | | Capital Anesthesia Solutions of PA, 250 S 21st St, Easton, PA 18042-3851 |
| 5516502 | | Lehigh Valley Physician Group, 3080 Hamilton Blvd, Allentown, PA 18103-3694 |
| 5516479 | | Masker Donald Robert III, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516480 | | Masker Heather Lee, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516505 | + | Moses Taylor Hospital, 700 Quincy Ave, Scranton, PA 18510-1798 |
| 5516514 | | PPL Electric Utilities, PO Box 25239, Lehigh Valley, PA 18002-5239 |
| 5516510 | | Pediatrix Medical Group, 111 S Front St, Harrisburg, PA 17101-2010 |
| 5516512 | | Penn State, 308 Shields Bldg, University Park, PA 16802-1220 |
| 5516481 | | Sabatini Law Firm LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5516517 | | Scranton Quincy Clinic, 748 Quincy Ave, Scranton, PA 18510-1739 |
| 5521010 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park, PA 16802-1201 |
| 5516657 | | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2023 18:54:22 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2023 18:54:10 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 27 2023 18:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516485 | | Email/Text: g20956@att.com | Feb 27 2023 18:46:00 | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 5516482 | | Email/Text: backoffice@affirm.com | Feb 27 2023 18:46:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5517181 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2023 18:54:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516484 | | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2023 18:45:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 5516486 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2023 18:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5516487 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 27 2023 18:46:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |

| 5516493 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2023 18:54:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
|---|---|---|---|
| 5516490 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:54:10 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516489 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:53:59 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5522123 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:54:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516491 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:53:58 | Capital One/Cabelas, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5516492 | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2023 18:46:00 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516494 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 5516495 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 5516496 | Email/Text: bankruptcy@credencerm.com | Feb 27 2023 18:46:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 204, Dallas, TX 75248-1940 |
| 5516497 | Email/Text: electronicbkydocs@nelnet.net | Feb 27 2023 18:46:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5518074 | Email/Text: G06041@att.com | Feb 27 2023 18:46:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5516498 | Email/Text: mrdiscen@discover.com | Feb 27 2023 18:46:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5517401 | Email/Text: mrdiscen@discover.com | Feb 27 2023 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5521811 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 27 2023 18:53:59 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 5517349 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2023 18:53:59 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516499 | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 27 2023 18:54:23 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving, TX 75063-3228 |
| 5516500 | + Email/Text: bankruptcy@fcoa.com | Feb 27 2023 18:46:00 | Financial Corporation of America, 12515 Research Blvd Bldg 2, Austin, TX 78759-2247 |
| 5516501 | Email/Text: Bankruptcy@ICSystem.com | Feb 27 2023 18:46:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 5516506 | ^ MEBN | Feb 27 2023 18:40:02 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5516503 | Email/Text: MDSBankruptcies@meddatsys.com | Feb 27 2023 18:46:00 | Medical Revenue Service, PO Box 1940, Melbourne, FL 32902-1940 |
| 5516504 | Email/Text: mmrgbk@miramedrg.com | Feb 27 2023 18:46:00 | Miramed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5523100 | + Email/Text: pasi_bankruptcy@chs.net | Feb 27 2023 18:46:00 | Moses Taylor Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5516509 | Email/Text: bankruptcy@onlineis.com | Feb 27 2023 18:46:00 | ONLINE INFORMATION SERVICES, PO Box 1489, Winterville, NC 28590-1489 |
| 5516508 | Email/PDF: cbp@onemainfinancial.com | Feb 27 2023 18:53:58 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5516507 | + Email/PDF: cbp@onemainfinancial.com | Feb 27 2023 18:54:09 | One Main Financial, 100 International Dr # 15TH, |

| | | | |
|---|---|---|---|
| | | | Baltimore, MD 21202-4784 |
| 5520692 | + Email/PDF: cbp@onemainfinancial.com | Feb 27 2023 18:54:09 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5516511 | Email/Text: bankruptcies@penncredit.com | Feb 27 2023 18:46:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5516513 | Email/Text: bkrgeneric@penfed.org | Feb 27 2023 18:45:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5516515 | Email/Text: pasi_bankruptcy@chs.net | Feb 27 2023 18:46:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5516516 | Email/Text: bankruptcyteam@quickenloans.com | Feb 27 2023 18:46:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5521030 | + Email/Text: bankruptcyteam@quickenloans.com | Feb 27 2023 18:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5519221 | + Email/Text: pasi_bankruptcy@chs.net | Feb 27 2023 18:46:00 | SCRANTON QUINCY CLINIC COMPANY LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5516627 | + Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:54:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516518 | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:53:59 | Synchrony Bank/Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 5516519 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2023 18:54:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5516520 | Email/Text: bknotice@upgrade.com | Feb 27 2023 18:46:00 | Upgrade Inc, 275 Battery St # 22ND, San Francisco, CA 94111-3305 |
| 5519077 | + Email/Text: electronicbkydocs@nelnet.net | Feb 27 2023 18:46:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Carlo Sabatini
                    on behalf of Debtor 1 Donald Robert Masker III usbkct@bankruptcypa.com,
                    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g6272
                    1@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com

Carlo Sabatini
                    on behalf of Debtor 2 Heather Lee Masker usbkct@bankruptcypa.com
                    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g6272
                    1@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com

Jack N Zaharopoulos
                    TWecf@pamd13trustee.com

Michael Patrick Farrington
                    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Donald Robert Masker III,
 aka Donald Masker, aka Donald R Masker, aka Donald
Robert Masker,

**Debtor 1**

Heather Lee Masker,
 aka Heather Masker, aka Heather L Masker, fka Heather
L Florentino, fka Heather Florentino, fka Heather Lee
Florentino,

**Debtor 2**

Chapter        13

Case No.        5:23−bk−00085−MJC

---

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 13, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

---

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 27, 2023 |

ntcnfhrg (08/21)