United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00085-MJC |
| Donald Robert Masker, III | Chapter 13 |
| Heather Lee Masker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 03, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 03 2023 18:41:00 | Medical Data Systems Inc, Attn Officer, 2001 9th Ave Suite 312, Vero Beach, FL 32960-6413 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Donald Robert Masker III usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Carlo Sabatini | on behalf of Debtor 2 Heather Lee Masker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Michael Patrick Farrington     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DONALD MASKER
AND HEATHER
MASKER,       Debtors

HEATHER MASKER,
            Movant

MEDICAL DATA SYSTEMS, INC.
            Respondent.

CHAPTER 13

CASE NO. 5:23-bk-00085-MJC

## ORDER

Upon consideration of *Debtor's Motion for a Rule 2004 Examination of Medical Data Systems, Inc.*, Dkt. # 22 ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. Respondent shall submit to an examination to be conducted by Movant pursuant to Bankruptcy Rule 2004.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 3, 2023