# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Donald Masker and Heather Masker, Debtors | Chapter 13 |
| | Case No. 5:23-bk-00085-MJC |

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Donald Masker, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on April 13, 2023 at 10:00 AM

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:_____  BY:_____
                                              Counsel for Debtor

DATED: 03 / 08 / 2023  BY: *[signature]*
                                              Debtor Donald Masker

# Signature Certificate

Reference number: XQEPX-QYBEV-YHUDU-X5YBX

| Signer | Timestamp | Signature |
|---|---|---|
| **Donald Masker**<br>Email: donald_masker@rocketmail.com | | |
| Sent: | 06 Mar 2023 21:54:44 UTC | |
| Viewed: | 08 Mar 2023 17:03:52 UTC | |
| Signed: | 08 Mar 2023 17:04:16 UTC | |
| **Recipient Verification:** | | IP address: 72.28.32.14 |
| ✔ Email verified | 08 Mar 2023 17:03:52 UTC | Location: Carbondale, United States |

Document completed by all parties on:
08 Mar 2023 17:04:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

