IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re Donald Masker and Heather Masker, Debtors | Chapter 13 |
|---|---|
| | Case No. 5:23-bk-00085-MJC |

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS

I, Heather Masker, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on April 13, 2023 at 10:00 AM.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:_____          BY:_____
                                                    Counsel for Debtor

DATED: 03 / 08 / 2023              BY:_____
                                                    Debtor Heather Masker

# Signature Certificate

Reference number: VC6BH-RWEHF-MJMFQ-PSWMS

| Signer | Timestamp | Signature |
|---|---|---|
| **Heather Masker**<br>Email: floheather21@yahoo.com | | |
| Sent:<br>Viewed:<br>Signed: | 06 Mar 2023 21:56:44 UTC<br>08 Mar 2023 12:25:41 UTC<br>08 Mar 2023 12:26:29 UTC | ✍ HMasker<br><br>IP address: 72.28.32.14<br>Location: Carbondale, United States |
| **Recipient Verification:**<br>✔ Email verified | 08 Mar 2023 12:25:41 UTC | |

Document completed by all parties on:
08 Mar 2023 12:26:29 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

