# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>DONALD ROBERT MASKER III AND<br>HEATHER LEE MASKER,<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 5:23-bk-00085-MJC |
|---|---|

## CERTIFICATE OF SERVICE

| Title of Paper Served: |  | **Order Confirming Chapter 13 Plan** |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entitities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Executed on: April 18, 2023

/s/ Halle O'Neil
Halle O'Neil, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Capital Anesthesia Solutions of PA<br>250 S 21st St<br>Easton, PA 18042-3851 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One/Cabelas<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One/Kohls<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Comenity Bank/Torrid<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Capital Bank/The William<br>PO Box 182120<br>Columbus, OH 43218-2120 |

| |
|---|
| Credence Resource Management<br>17000 Dallas Pkwy Ste 204<br>Dallas, TX  75248-1940 |
| Department of Education/Nelnet<br>PO Box 82561<br>Lincoln, NE  68501-2561 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL  60197-5072 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Bank<br>PO Box 30939<br>Salt Lake City, UT  84130-0939 |
| Exeter Finance LLC<br>2101 W John Carpenter Fwy<br>Irving, TX  75063-3228 |
| Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 |
| Financial Corporation of America<br>12515 Research Blvd Bldg 2<br>Austin, TX 78759-2247 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| I.C. System, Inc.<br>PO Box 64378<br>Saint Paul, MN  55164-0378 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lehigh Valley Physician Group<br>3080 Hamilton Blvd<br>Allentown, PA  18103-3694 |
| MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ  08003-2016 |
| Medical Revenue Service |

| |
|---|
| PO Box 1940<br>Melbourne, FL 32902-1940 |
| Miramed Revenue Group<br>360 E 22nd St<br>Lombard, IL 60148-4924 |
| Moses Taylor Hospital<br>700 Quincy Ave<br>Scranton, PA 18510-1798 |
| ONLINE INFORMATION SERVICES<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| One Main Financial<br>100 International Dr # 15TH<br>Baltimore, MD 21202-4784 |
| One Main Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| PPL Electric Utilities<br>PO Box 25239<br>Lehigh Valley, PA 18002-5239 |
| Pediatrix Medical Group<br>111 S Front St<br>Harrisburg, PA 17101-2010 |
| PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| Penn State<br>308 Shields Bldg<br>University Park, PA 16802-1220 |
| PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| |
|---|
| PROFESSIONAL ACCOUNT SERVICES  INC<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL  60197-6577 |
| U.S. Department of Housing and Urban Develop<br>THE WANAMAKER BUILDING<br>11th Floor 100 Penn Square East<br>Philadelphia, PA 19107 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 |
| Scranton Quincy Clinic<br>748 Quincy Ave<br>Scranton, PA  18510-1739 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Score Rewards<br>PO Box 965005<br>Orlando, FL  32896-5005 |
| The Pennsylvania State University<br>Student Financial Services<br>108 Shields Building<br>University Park, PA 16802-1201 |
| Tractor Supply/CBNA<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 |
| U.S. Department of Housing and Urban Develop<br>11th Floor 100 Penn Square East<br>Philadelphia, PA 19107 |
| US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR |

| |
|---|
| PHOENIX AZ 85004-2322 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| AT&T<br>PO Box 537104<br>Atlanta, GA  30353-7104 |
| Donald & Heather Masker<br>580 Prompton Rd<br>Prompton, PA 18456-3225 |
| Affirm Inc.<br>650 California St Fl 12<br>San Francisco, CA  94108-2716 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |