# LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Donald Robert Masker, III and Heather Lee Masker,

**Debtor(s)**

Donald Robert Masker, III and Heather Lee Masker,

**Plaintiff(s)/Movant(s)**

vs.

Jack Zaharopoulos, Chapter 13 Trustee,

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-23-bk-00085-MJC

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Hearing on Fee Application

Document #: 39, 40

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance.

The parties request a 30-day continuance to have time to confer to attempt to reach a settlement.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/29/2024

s/Carlo Sabatini

Attorney for: Debtors

Name: Carlo Sabatini

Phone Number: (570)341-9000

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.