| Fill in this information to identify the case: |
|---|

Debtor 1     DONALD ROBERT MASKER, III

Debtor 2     HEATHER LEE MASKER
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                                  (State)

Case number    23-00085

Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:**    ROCKET MORTGAGE FKA QUICKEN LOANS      **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:    1   8   4   9

**Property address:**    580 PROMPTON RD
                            Number     Street

                            PROMPTON,     PA    18456-3225
                            City                  State     ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 4,884.62 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 4,884.62 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 4,884.62 |

| **Part 4:** | **Postpetition Payments** |

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

| **Part 6:** | **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)** |

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager          Date  2 / 24 / 2026
Signature

**Trustee**
Jack          N          Zaharopoulos
First Name    Middle Name    Last Name

**Address**
8125 Adams Drive, Suite A
Number          Street

Hummelstown          PA          17036
City                 State       ZIP Code

Contact phone ( 717 ) 566 – 6097          Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 23-00085    **DONALD ROBERT MASKER, III**

**ROCKET MORTGAGE**
F/K/A QUICKEN LOAN
635 WOODWARD AVENUE
DETROIT, MI   48226-

**Sequence:** 13
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 1849 - PRE-ARREARS - Promp
ARREARS - 580 PROMPTON ROAD

|  | Debt: | $4,884.62 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $186,728.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $4,884.62 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **ROCKET MORTGAGE** | | | | | | | |
| 520-0 | ROCKET MORTGAGE | | 11/19/2025 | 2053702 | $170.75 | $0.00 | $170.75 | 12/02/2025 |
| 520-0 | ROCKET MORTGAGE | | 10/10/2025 | 2052679 | $145.15 | $0.00 | $145.15 | 10/24/2025 |
| 520-0 | ROCKET MORTGAGE | | 07/10/2024 | 2038407 | $243.20 | $0.00 | $243.20 | 07/22/2024 |
| 520-0 | ROCKET MORTGAGE | | 06/18/2024 | 2037586 | $121.59 | $0.00 | $121.59 | 07/01/2024 |
| 520-0 | ROCKET MORTGAGE | | 05/22/2024 | 2036692 | $364.81 | $0.00 | $364.81 | 06/03/2024 |
| 520-0 | ROCKET MORTGAGE | | 04/17/2024 | 2035687 | $243.19 | $0.00 | $243.19 | 04/30/2024 |
| 520-0 | ROCKET MORTGAGE | | 03/14/2024 | 2034721 | $333.02 | $0.00 | $333.02 | 03/27/2024 |
| 520-0 | ROCKET MORTGAGE | | 02/14/2024 | 2033760 | $355.03 | $0.00 | $355.03 | 02/28/2024 |
| 520-0 | ROCKET MORTGAGE | | 01/12/2024 | 2032820 | $118.34 | $0.00 | $118.34 | 01/22/2024 |
| 520-0 | ROCKET MORTGAGE | | 12/19/2023 | 2031937 | $355.03 | $0.00 | $355.03 | 01/09/2024 |
| 520-0 | ROCKET MORTGAGE | | 11/15/2023 | 2030973 | $236.68 | $0.00 | $236.68 | 11/24/2023 |
| 520-0 | ROCKET MORTGAGE | | 10/18/2023 | 2030037 | $249.03 | $0.00 | $249.03 | 11/01/2023 |
| 520-0 | ROCKET LOAN, LLC | | 09/19/2023 | 2029054 | $373.54 | $0.00 | $373.54 | 10/12/2023 |
| 520-0 | ROCKET LOAN, LLC | | 08/09/2023 | 2028038 | $249.03 | $0.00 | $249.03 | 09/08/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | ROCKET LOAN, LLC | | 07/11/2023 | 2027045 | $249.03 | $0.00 | $249.03 | 07/25/2023 |
| 520-0 | ROCKET LOAN, LLC | | 06/13/2023 | 2026127 | $239.25 | $0.00 | $239.25 | 06/23/2023 |
| 520-0 | ROCKET LOAN, LLC | | 05/16/2023 | 2025188 | $837.95 | $0.00 | $837.95 | 06/20/2023 |
| | | | | Sub-totals: | $4,884.62 | $0.00 | $4,884.62 | |
| | | | | Grand Total: | $4,884.62 | $0.00 | | |