United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Donald Robert Masker, III  
Heather Lee Masker  
    Debtors

Case No. 23-00085-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 03, 2026     Form ID: 3180W     Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Donald Robert Masker, III, Heather Lee Masker, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516485 | | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 5516488 | | Capital Anesthesia Solutions of PA, 250 S 21st St, Easton, PA 18042-3851 |
| 5516502 | | Lehigh Valley Physician Group, 3080 Hamilton Blvd, Allentown, PA 18103-3694 |
| 5516479 | | Masker Donald Robert III, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516480 | | Masker Heather Lee, 580 Prompton Rd, Prompton, PA 18456-3225 |
| 5516505 | + | Moses Taylor Hospital, 700 Quincy Ave, Scranton, PA 18510-1798 |
| 5516514 | | PPL Electric Utilities, PO Box 25239, Lehigh Valley, PA 18002-5239 |
| 5516510 | | Pediatrix Medical Group, 111 S Front St, Harrisburg, PA 17101-2010 |
| 5516512 | | Penn State, 308 Shields Bldg, University Park, PA 16802-1220 |
| 5516481 | | Sabatini Law Firm LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5516517 | | Scranton Quincy Clinic, 748 Quincy Ave, Scranton, PA 18510-1739 |
| 5521010 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park, PA 16802-1201 |
| 5527820 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5516657 | | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 03 2026 23:37:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Mar 03 2026 23:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516482 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 03 2026 18:37:26 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5516483 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 03 2026 18:37:39 | Affirm Inc./Amazon, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5517181 | + | EDI: AISACG.COM | Mar 03 2026 23:37:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5527954 | + | EDI: AISACG.COM | Mar 03 2026 23:37:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516484 | | EDI: GMACFS.COM | Mar 03 2026 23:37:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 5516486 | | EDI: TSYS2 | Mar 03 2026 23:37:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5516487 | | EDI: TSYS2 | | |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Mar 03 2026 23:37:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5516493 | EDI: CITICORP | Mar 03 2026 23:37:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5516490 | EDI: CAPITALONE.COM | Mar 03 2026 23:37:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516489 | EDI: CAPITALONE.COM | Mar 03 2026 23:37:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5522123 | EDI: CAPITALONE.COM | Mar 03 2026 23:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516491 | EDI: CAPITALONE.COM | Mar 03 2026 23:37:00 | Capital One/Cabelas, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5516492 | EDI: CAPITALONE.COM | Mar 03 2026 23:37:00 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5528583 | EDI: CITICORP | Mar 03 2026 23:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5516494 | EDI: WFNNB.COM | Mar 03 2026 23:37:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 5516495 | EDI: WFNNB.COM | Mar 03 2026 23:37:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 5516496 | Email/Text: bankruptcy@credencerm.com | Mar 03 2026 18:38:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 204, Dallas, TX 75248-1940 |
| 5516497 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2026 18:37:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5518074 | EDI: DIRECTV.COM | Mar 03 2026 23:37:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5516498 | EDI: DISCOVER | Mar 03 2026 23:37:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5517401 | EDI: DISCOVER | Mar 03 2026 23:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5516499 | Email/Text: exeter@ebn.phinsolutions.com | Mar 03 2026 18:37:00 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving, TX 75063-3228 |
| 5521811 | Email/Text: exeter@ebn.phinsolutions.com | Mar 03 2026 18:37:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |
| 5517349 | + EDI: AISACG.COM | Mar 03 2026 23:37:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516500 | + Email/Text: bankruptcy@fcoa.com | Mar 03 2026 18:37:00 | Financial Corporation of America, 12515 Research Blvd Bldg 2, Austin, TX 78759-2247 |
| 5516501 | EDI: LCIICSYSTEM | Mar 03 2026 23:37:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 5526142 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 18:37:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516506 | ^ MEBN | Mar 03 2026 18:34:06 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5516503 | Email/Text: MDSBankruptcies@meddatsys.com | Mar 03 2026 18:37:00 | Medical Revenue Service, PO Box 1940, Melbourne, FL 32902-1940 |
| 5516504 | Email/Text: mmrgbk@miramedrg.com | Mar 03 2026 18:37:00 | Miramed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5523100 | + Email/Text: pasi_bankruptcy@chs.net | Mar 03 2026 18:37:00 | Moses Taylor Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5516509 | | Email/Text: bankruptcy@onlineis.com | Mar 03 2026 18:37:00 | ONLINE INFORMATION SERVICES, PO Box 1489, Winterville, NC 28590-1489 |
| 5516508 | | EDI: AGFINANCE.COM | Mar 03 2026 23:37:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5516507 | + | EDI: AGFINANCE.COM | Mar 03 2026 23:37:00 | One Main Financial, 100 International Dr # 15TH, Baltimore, MD 21202-4784 |
| 5520692 | + | EDI: AGFINANCE.COM | Mar 03 2026 23:37:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5516511 | | Email/Text: bankruptcies@penncredit.com | Mar 03 2026 18:37:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5516513 | | Email/Text: bkrgeneric@penfed.org | Mar 03 2026 18:37:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5530248 | | EDI: PRA.COM | Mar 03 2026 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5516515 | | Email/Text: pasi_bankruptcy@chs.net | Mar 03 2026 18:37:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5528837 | | EDI: Q3G.COM | Mar 03 2026 23:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5528836 | | EDI: Q3G.COM | Mar 03 2026 23:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5516516 | | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 03 2026 18:37:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5521030 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 03 2026 18:37:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5519221 | + | Email/Text: pasi_bankruptcy@chs.net | Mar 03 2026 18:37:00 | SCRANTON QUINCY CLINIC COMPANY LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5516627 | + | EDI: PRA.COM | Mar 03 2026 23:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516518 | | EDI: SYNC | Mar 03 2026 23:37:00 | Synchrony Bank/Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 5516519 | | EDI: CITICORP | Mar 03 2026 23:37:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5516520 | | Email/Text: bknotice@upgrade.com | Mar 03 2026 18:37:00 | Upgrade Inc, 275 Battery St # 22ND, San Francisco, CA 94111-3305 |
| 5519077 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 03 2026 18:37:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5527874 | | EDI: AIS.COM | Mar 03 2026 23:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | U.S. Department of Housing and Urban Development, THE WANAMAKER BUILDING, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Donald Robert Masker III usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Heather Lee Masker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Donald Robert Masker III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8143<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Heather Lee Masker<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8077<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23–bk–00085–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald Robert Masker III
aka Donald Masker, aka Donald R Masker, aka
Donald Robert Masker

Heather Lee Masker
aka Heather Masker, aka Heather L Masker, fka
Heather L Florentino, fka Heather Florentino, fka
Heather Lee Florentino

**By the court:**

3/3/26

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**