| Case No. | Case Title | Chapter | Movants |
|---|---|---|---|
| 1:18-bk-04264-HWV | Eugene Gordon | 13 | M&T Bank |
| 1:19-bk-00574-HWV | Hope L. Sanders | 13 | FREEDOM MORTGAGE CORPORATION |
| 1:19-bk-01821-HWV | Timi S Wills | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 1:19-bk-03277-HWV | Matthew T. Anders | 13 | LAKEVIEW LOAN SERVICING LLC |
| 1:19-bk-04690-HWV | Michael Gibbs | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 1:20-bk-00489-HWV | Luis A. Garcia | 13 | Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC |
| 1:20-bk-00841-HWV | Craig Bradley Deimler and William Oliver Fisher-Deimler | 13 | M&T Bank |
| 1:20-bk-01345-HWV | Anthony E Heindl, Jr. | 13 | M&T Bank |
| 1:20-bk-01383-HWV | Michael Albert Schneider and Pamela Elaine Schneider | 13 | M&T Bank |
| 1:20-bk-01555-HWV | William Bural Dudley, Sr | 13 | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 |
| 1:20-bk-02507-HWV | Walter E. Alexander, II and Melanie M. Alexander | 13 | MIDFIRST BANK |
| 1:20-bk-02670-HWV | Subetrice Ternice Samuel | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2004-HE6, Mortgage Pass-Through Certificates, Series 2004-HE6 |
| 1:20-bk-02982-HWV | Matthew T. Bateman and Brenda L. Bateman | 13 | PENNYMAC LOAN SERVICES, LLC |

| Case Number | Debtor | Chapter | Creditor |
|---|---|---|---|
| 1:20-bk-03066-HWV | Vanessa L. Gambone | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 1:20-bk-03076-HWV | Jay P. Ackerman and Brenda M. Ackerman | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:20-bk-03376-HWV | Bradley E. Monninger and Susan M. Monninger | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:20-bk-03448-HWV | Bilkisu Abubakar-Mohammed | 13 | FREEDOM MORTGAGE CORPORATION<br>Foundation Finance Company |
| 1:20-bk-03513-HWV | Eugene Charles Conrad, Jr. and Crystal M. Conrad | 13 | Foundation Finance Company<br>FREEDOM MORTGAGE CORPORATION |
| 1:21-bk-00054-HWV | Natalie R. Shank | 13 | COMMUNITY LOAN SERVICING, LLC |
| 1:21-bk-00142-HWV | John Albert Emkey and Tina Marie Emkey | 13 | Lakeview Loan Servicing, LLC |
| 1:21-bk-00290-HWV | Luke S Goss and Tiara R Goss | 13 | MIDFIRST BANK |
| 1:21-bk-00337-HWV | Lester Lawrence Vogelsong, Jr | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 1:21-bk-00355-HWV | Steven D. Flickinger | 13 | U.S. Bank National Association, not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3 |
| 1:21-bk-00446-HWV | Angela L. Harris | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:21-bk-00790-HWV | Salahudin Shahriar and Shagorika Shahriar | 13 | Legacy Mortgage Asset Trust 2020-GS4 |
| 1:21-bk-00801-HWV | Mark Michael Reed | 13 | MIDFIRST BANK |
| 1:21-bk-00815-HWV | Wilmer E. Letellier and Janet L. Letellier | 13 | Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF16, Asset-Backed Certificates, Series 2006-FF16 |

| | | | |
|---|---|---|---|
| 1:21-bk-00853-HWV | Patricia Anne Warner | 13 | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 1:21-bk-00878-HWV | Maria Lydia Tershak | 13 | MIDFIRST BANK |
| 1:21-bk-00901-HWV | Capri A. Fisher | 13 | Lakeview Loan Servicing LLC |
| 1:21-bk-00991-HWV | Michael J. Petrilla, Jr. and Karen L. Petrilla | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:21-bk-01429-HWV | Demetrius D. Davis | 13 | THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 |
| 1:21-bk-01456-HWV | Marcy L. Witmer | 13 | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Series 2006-5 |
| 1:21-bk-01556-HWV | Takako Warehime | 13 | OneMain Financial Services, Inc. |
| 1:21-bk-01674-HWV | Jeremiah W Maurice | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:21-bk-01757-HWV | Jeffery C Cunningham and Donna Mae Cunningham | 13 | MIDFIRST BANK |
| 1:21-bk-01810-HWV | Atah H. Akakpo-Martin and Suson E. Akakpo-Martin | 13 | Lakeview Loan Servicing, LLC |
| 1:21-bk-01853-HWV | Keith A. Halbleib | 13 | The Money Source Inc. |
| 1:21-bk-01883-HWV | Brian Thomas Bivens and Chandra Mary Bivens | 13 | M&T BANK |
| 1:21-bk-01918-HWV | Peter Kenneth Sarago and Patricia A. Sarago | 13 | MATRIX FINANCIAL SERVICES CORP. |
| 1:21-bk-01988-HWV | Christopher K. Sarago and Lori M. Sarago | 13 | Matrix Financial Services Corporation |

| | | | |
|---|---|---|---|
| 1:21-bk-01990-HWV | Scott J Earnest | 13 | ONYX BAY TRUST<br>DLJ Mortgage Capital, Inc. |
| 1:21-bk-02143-HWV | Damon Nello Satterwhite | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 1:21-bk-02343-HWV | Clifford Leroy Tschopp | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 1:21-bk-02417-HWV | Bruce L. Lebitz and Heidi L. Lebitz | 13 | MIDFIRST BANK |
| 1:21-bk-02438-HWV | Kevin Scott Kesecker | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 1:21-bk-02532-HWV | Roger Lee Ciuffo | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 1:21-bk-02606-HWV | Wendy Lee Keefe | 13 | Reliance First Capital, LLC |
| 1:21-bk-02637-HWV | Pamela Jo Calhoun | 13 | MIDFIRST BANK |
| 1:21-bk-02672-HWV | Ingrid Rivera | 13 | Flagstar Bank, N.A. |
| 1:22-bk-00087-HWV | Jennifer Lynn Postetter | 13 | Lakeview Loan Servicing, LLC |
| 1:22-bk-00100-HWV | Donald Eugene Walker and Glenda J Walker | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:22-bk-00311-HWV | Nicole Antoinette Brookins | 13 | Nationstar Mortgage LLC |
| 1:22-bk-00323-HWV | Robert Raymond Runkles, Jr. and Katie Goble Runkles | 13 | Lakeview Loan Servicing, LLC |
| 1:22-bk-00396-HWV | Debra Warren | 13 | COLONIAL SAVINGS F.A. |

| | | | |
|---|---|---|---|
| 1:22-bk-00520-HWV | Dolores A Ramnath | 13 | MCLP Asset Company, Inc. |
| 1:22-bk-00534-HWV | Garrette F. Roche, Jr. | 13 | Nationstar Mortgage LLC |
| 1:22-bk-00707-HWV | Gerald L Motteler, Jr | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 1:22-bk-00818-HWV | Christine E. Hammond | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:22-bk-00849-HWV | David Earl French and Donna Marie French | 13 | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series |
| 1:22-bk-00900-HWV | Douglas Stephen Taylor and Noelle Denise Taylor | 13 | Nationstar Mortgage LLC |
| 1:22-bk-00907-HWV | Brian M. Stojak | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:22-bk-01089-HWV | Michael Steven Gardner | 13 | Citigroup Mortgage Loan Trust 2022-A |
| 1:22-bk-01135-HWV | Phillip I. White, III | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:22-bk-01146-HWV | Matthew Robert Appel | 13 | U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V |
| 1:22-bk-01309-HWV | Viola Vernice Proctor | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:22-bk-01315-HWV | Brandon George Snyder and Domenica L Snyder | 13 | M&T Bank |
| 1:22-bk-01353-HWV | Robert Allen Conte | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., |
| 1:22-bk-01409-HWV | Mark Robert Woodring | 13 | CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP |

| | | | |
|---|---|---|---|
| 1:22-bk-01579-HWV | Sherry A Gardner and Nicholas J Gardner, Jr | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:22-bk-01760-HWV | Helene Marie Yohn | 13 | SRP 2013-10, LLC |
| 1:22-bk-01885-HWV | Carlos Bromfield Smith, Jr | 13 | Nationstar Mortgage LLC |
| 1:22-bk-01888-HWV | David Allen McVicker, Sr and Stephanie Ann McVicker | 13 | Nationstar Mortgage LLC |
| 1:22-bk-02012-HWV | Christopher Shawn Carr and Robyn Renee Carr | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:22-bk-02187-HWV | Gary Lawrence Visco and Ilene Michele Visco | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:22-bk-02192-HWV | Wayne E. Miller | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 |
| 1:22-bk-02193-HWV | Robert Allen Keller and Tammy J Keller | 13 | MidFirst Bank |
| 1:22-bk-02249-HWV | Courtney M. Siegmyer | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:22-bk-02387-HWV | Phillip Alan Snyder and Becky Louise Snyder | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:22-bk-02418-HWV | William Daniel Carter and Lesa Jayne Carter | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:22-bk-02420-HWV | Lori Lynn Kraft | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 |
| 1:22-bk-02454-HWV | Bryan Daniel Bennie | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans |
| 1:22-bk-02498-HWV | Scott David Koch, JR | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |

| Case Number | Debtor(s) | Chapter | Creditor |
|---|---|---|---|
| 1:22-bk-02501-HWV | Michael J. Clinton and Nancy Kay Clinton | 13 | FREEDOM MORTGAGE CORPORATION |
| 1:23-bk-00051-HWV | Mystery Nicole Schappell | 13 | NATIONS DIRECT MORTGAGE, LLC |
| 1:23-bk-00065-HWV | Gayle L. Koblish | 13 | Members 1st Federal Credit Union |
| 1:23-bk-00067-HWV | Jaime Gonzalez-Torres | 13 | M&T Bank |
| 1:23-bk-00099-HWV | Justin W. Holmes and Rachel K. Holmes | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:23-bk-00180-HWV | Stephen Marc Troy | 13 | M&T BANK |
| 1:23-bk-00246-HWV | Amy Elizabeth Walter | 13 | Nationstar Mortgage LLC |
| 1:23-bk-00263-HWV | Phillip Russell Perrone | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:23-bk-00309-HWV | Eric J. Durst | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 1:23-bk-00417-HWV | Timothy Alan Rush | 13 | NBS - Specialized Loan Servicing, LLC |
| 1:23-bk-00665-HWV | Phuong Van Pham and Dung Hong Pham | 13 | U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 |
| 1:23-bk-00710-HWV | Daniel T. Deyo | 13 | Freedom Mortgage Corporation |
| 1:23-bk-00737-HWV | Lane Allen Mays, II | 13 | MIDFIRST BANK |
| 1:23-bk-00822-HWV | Robert J. Davis, Jr. and Sierra N. Davis | 13 | Nationstar Mortgage LLC |

| | | | |
|---|---|---|---|
| 1:23-bk-00943-HWV | Candi L Piper | 13 | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation |
| 1:23-bk-01032-HWV | Christopher Jason Grant | 13 | MIDFIRST BANK |
| 1:23-bk-01112-HWV | Bobbi Ann Creegan | 13 | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation |
| 1:23-bk-01289-HWV | Ronald D. Sisti | 13 | Lakeview Loan Servicing, LLC |
| 1:23-bk-01439-HWV | Shawn Douglas Zerbe and Cresson Jane Zerbe | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:23-bk-01455-HWV | Manny Baez | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:23-bk-01546-HWV | Paul David Wagaman and Angel Ann Wagaman | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:23-bk-01562-HWV | Brian Lee Mclaughlin | 13 | MidFirst Bank |
| 1:23-bk-01576-HWV | Melissa M. Kutz | 13 | M&T Bank |
| 1:23-bk-01578-HWV | LaShaun Michelle Green | 13 | Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust |
| 1:23-bk-01607-HWV | Cindy Lou Wert | 13 | BANK OF AMERICA, N.A. |
| 1:23-bk-01722-HWV | Franklin K McCarty | 13 | Lakeview Loan Servicing, LLC |
| 1:23-bk-01897-MJC | Russell Owen Elgin, Jr. | 13 | BARCLAYS BANK PLC |
| 1:23-bk-02086-HWV | Paul E. Deardorff, III | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |

| | | | |
|---|---|---|---|
| 1:23-bk-02142-HWV | Marjorie Evelyn Berrell | 13 | BANK OF AMERICA, N.A. |
| 1:23-bk-02181-HWV | Brian J. Neri and Kathryn M. Neri | 13 | Lakeview Loan Servicing, LLC |
| 1:23-bk-02249-HWV | Rafael M. Cromartie | 13 | Nationstar Mortgage LLC |
| 1:23-bk-02261-HWV | David L. Norris and Martha A. Norris | 13 | Lakeview Loan Servicing, LLC M&T BANK |
| 1:23-bk-02287-HWV | Laura A. Lloyd | 13 | Lakeview Loan Servicing, LLC |
| 1:23-bk-02298-HWV | Ricardo Cancel Serrano | 13 | Lakeview Loan Servicing, LLC |
| 1:23-bk-02394-HWV | JudyAnn F. Bixler | 13 | Nationstar Mortgage LLC |
| 1:23-bk-02500-HWV | Elizabeth L Stotsky | 13 | COLONIAL SAVINGS F.A. |
| 1:23-bk-02546-HWV | Scott Lee Krumrine, Jr | 7 | Freedom Mortgage Corporation |
| 1:23-bk-02554-HWV | Heather Rene White | 13 | MIDFIRST BANK |
| 1:23-bk-02615-HWV | Richard Eugene Luckabaugh | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:23-bk-02688-HWV | Keith August Kodash | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:23-bk-02869-HWV | Jayme Crystal Trahey | 13 | Planet Home Lending, LLC |
| 1:23-bk-02905-HWV | Moises Ramos-Quinones and Jessica Rivera-Lugo | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 1:24-bk-00058-HWV | James F. Boyer, III and Catherine E. Boyer | 13 | MIDFIRST BANK |
| 1:24-bk-00115-HWV | Shannon Louise Leib | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 1:24-bk-00184-HWV | Michael D. Barrick | 7 | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company |
| 1:24-bk-00264-HWV | Darrell R. Hippler | 13 | M&T Bank |
| 1:24-bk-00269-HWV | Brian Keith Strine and Brenda Sue Strine | 13 | New Residential Mortgage Loan Trust 2018-1 |
| 1:24-bk-00277-HWV | Bethany A. Menas | 13 | Nationstar Mortgage LLC |
| 1:24-bk-00438-HWV | Shannan M. Wilson | 13 | Credito Real USA Finance |
| 1:24-bk-00495-HWV | Charles A. Jones, Jr. and Christina Denise Jones | 13 | loanDepot.com, LLC |
| 1:24-bk-00501-HWV | Thomas E. Daubert, Jr. and Tracy L. Daubert | 13 | MIDFIRST BANK |
| 1:24-bk-00600-HWV | Chelsea C. Goody | 13 | LAKEVIEW LOAN SERVICING LLC |
| 1:24-bk-00638-HWV | Deborah Suzanne Downs | 13 | M&T BANK |
| 1:24-bk-00697-HWV | Brandy Jo Rohrbaugh | 13 | Lakeview Loan Servicing, LLC |
| 1:24-bk-00746-HWV | Christine Marie Pompei | 13 | JP MORGAN CHASE BANK, NATIONAL ASSOSCIATION |
| 1:24-bk-00866-HWV | Mark Thomas Smith and Kiley Lynn Smith | 13 | M&T BANK |

| | | | |
|---|---|---|---|
| 1:24-bk-00927-HWV | Melissa Marie Caldwell | 13 | U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 |
| 1:24-bk-00939-HWV | Sharon Jones | 13 | MIDFIRST BANK |
| 1:24-bk-01046-HWV | Daiquan Jamel Weston and Pinkie B. Britney Weston | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-01052-HWV | Alexis Marie Peters | 13 | PNC Bank, National Association |
| 1:24-bk-01107-HWV | Rigoberto Hernandez and Vilmary Caraballo | 13 | Lakeview Loan Servicing, LLC |
| 1:24-bk-01173-HWV | Dustin Allen Smith and Nicole Renae Smith | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-01195-HWV | Rachel Elizabeth Lee | 13 | Matrix Financial Services Corporation |
| 1:24-bk-01338-HWV | Steven Flores and Maria L. Flores | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-01425-HWV | James Phillip Rife and Samantha Jane Rife | 13 | Nationstar Mortgage LLC<br>PNC BANK, NATIONAL ASSOCIATION |
| 1:24-bk-01464-HWV | Keith David Dumont | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 |
| 1:24-bk-01534-HWV | Scott W. Dunham, Jr. and Robin L. Dunham | 13 | The Northumberland National Bank |
| 1:24-bk-01762-HWV | Reginald Albert Benjamin and Lindsey Rae Benjamin | 13 | CrossCountry Mortgage, LLC |
| 1:24-bk-01769-HWV | Danny George Sawyers | 13 | M&T BANK |
| 1:24-bk-01801-HWV | Michael Eugene Smith, Jr. | 13 | MIDFIRST BANK |

| | | | |
|---|---|---|---|
| 1:24-bk-01929-HWV | Steven Allen Altland and Jennifer Ruth Altland | 13 | U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 |
| 1:24-bk-01935-HWV | Sandra Ann McKinley | 13 | M&T Bank |
| 1:24-bk-01939-HWV | Jason Edward Miller and Debra Marie Miller | 13 | Lakeview Loan Servicing, LLC |
| 1:24-bk-02056-HWV | Lindsey Nicole Noll | 13 | M&T BANK |
| 1:24-bk-02059-HWV | Thomas Taylor Pearce and Jenifer Marie Pearce | 13 | MIDFIRST BANK |
| 1:24-bk-02254-HWV | Christy Marie Stinebert | 13 | Lakeview Loan Servicing, LLC |
| 1:24-bk-02412-HWV | Ronald Albert Bostdorf and Candice Jo Bostdorf | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-02468-HWV | Joseph Donald Grim | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-02504-HWV | Peter James Rynard and Samantha Lee Rynard | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-02832-HWV | William Foster Gleason | 13 | loanDepot.com, LLC |
| 1:24-bk-02928-HWV | Kenton B. Loxley and Deborah D. Loxley | 13 | M&T Bank |
| 1:24-bk-02936-HWV | Temitope Abu and Takeshia Shontay Abu | 13 | MIDFIRST BANK |
| 1:24-bk-02963-HWV | Joseph B. Riley, Sr. and Tara M. Riley | 13 | M&T Bank |
| 1:24-bk-02975-HWV | Hien H. Nguyen and Anh Y. Dao | 13 | M&T Bank |

| Case | Debtor(s) | Ch. | Creditor |
|---|---|---|---|
| 1:24-bk-03045-HWV | Juliet Anne Fuller | 13 | The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 |
| 1:24-bk-03049-HWV | Everette Joseph Rogers and Karissa Marie Rogers | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-03091-HWV | Steven R. Barshinger | 13 | Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 |
| 1:24-bk-03162-HWV | Sherry Lynn Young | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:24-bk-03246-HWV | Richard Alver Coon and Elizabeth Karen Coon | 13 | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2025-DC2 |
| 1:25-bk-00178-HWV | John David Blauch, Jr | 13 | VANDERBILT MORTGAGE AND FINANCE, INC. |
| 1:25-bk-00497-HWV | Jonathon Robert Smith | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-00522-HWV | Daniel Douglas Campbell and Laura Jean Campbell | 13 | loanDepot.com, LLC |
| 1:25-bk-00667-HWV | Khaleel Sheik Ahamed Desaque | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-00685-HWV | Thomas Allen Drebot and Kathy Elaine Drebot | 13 | FIRSTRUST BANK |
| 1:25-bk-00777-HWV | Cassandra L Minnich | 13 | LAKEVIEW LOAN SERVICING LLC |
| 1:25-bk-00790-HWV | Rose A Harbaugh | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-00994-HWV | Kendry Alfonso Correoso | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-01022-HWV | Candis V. Thornton | 13 | US Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4 |

| Case | Debtor | Ch. | Creditor |
|---|---|---|---|
| 1:25-bk-01200-HWV | Nicholas Dane Tyson | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-01784-HWV | Marva Cecilia Purvis | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-02253-HWV | Thompson Guerrier | 13 | PENNYMAC LOAN SERVICES, LLC |
| 1:25-bk-02535-HWV | John A Zunner and Jennifer Zunner | 13 | M&T Bank |
| 1:25-bk-03011-HWV | Rechinda Palmer-Gibbs | 7 | PNC BANK, NATIONAL ASSOCIATION |
| 4:21-bk-00803-MJC | Lora L. Pringle | 13 | Lakeview Loan Servicing, LLC |
| 4:21-bk-01186-MJC | Gary E Fohringer and Lois M Fohringer | 13 | U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 |
| 4:21-bk-01917-MJC | David L. Yacko | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 4:21-bk-02540-MJC | Steven R. Neff and Frances Marie Neff | 13 | PENNYMAC LOAN SERVICES, LLC |
| 4:22-bk-00845-MJC | Bruce Edward Hoffman, Jr. and Nikki Lee Hoffman | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 4:23-bk-00256-MJC | Jeffrey Lynn Goss | 13 | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 |
| 4:23-bk-00487-MJC | Srinath Dharmapadam and Purvi Srinath Dharmapadam | 11 | PHH MORTGAGE CORPORATION |
| 4:23-bk-00977-MJC | Michael P. Paradis and Kimberly L. Paradis | 13 | FREEDOM MORTGAGE CORPORATION |
| 4:23-bk-01144-MJC | Cheryl V. Johnson | 13 | U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-B, Mortgage Pass-Through Certificates, Series 2006-B |

| Case | Debtor | Ch. | Creditor |
|---|---|---|---|
| 4:23-bk-01262-MJC | Nathan Anthony Boveda | 13 | Lakeview Loan Servicing, LLC |
| 4:23-bk-01894-MJC | Amanda L Krebs | 13 | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 4:23-bk-02091-MJC | Nathaniel Rhodes-Dalton | 13 | MIDFIRST BANK |
| 4:23-bk-02191-MJC | Michael E Carey | 13 | Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee |
| 4:23-bk-02237-MJC | Daniel A Montville | 13 | Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust |
| 5:18-bk-04709-MJC | Thomas S. Stefansky and Sandra M. Stefansky | 13 | M&T Bank |
| 5:19-bk-00498-MJC | Timothy M. Zabielski | 13 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F |
| 5:19-bk-01565-MJC | Robert DeFeo and Tonya Louise DeFeo | 7 | PENNYMAC LOAN SERVICES, LLC |
| 5:19-bk-03232-MJC | Paul Joseph Materniak and Lisa Marie Materniak | 13 | U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 |
| 5:19-bk-03615-MJC | Rafael Jorge Hued | 13 | Freedom Mortgage Corporation |
| 5:19-bk-03869-MJC | Joseph S Petros | 13 | Federal National Mortgage Association |
| 5:20-bk-00832-MJC | Marjorie Eugene Antenor | 13 | Lakeview Loan Servicing LLC |
| 5:20-bk-02330-MJC | Terry Charles Polito and April Carolyn Polito | 13 | Lakeview Loan Servicing LLC |
| 5:20-bk-03637-MJC | Robert Fasano and Francesca Fasano | 13 | FREEDOM MORTGAGE CORPORATION |

| | | | |
|---|---|---|---|
| 5:21-bk-00268-MJC | Jeffrey W. Ward | 13 | Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates |
| 5:21-bk-00382-MJC | Harold Thomas Neaus | 13 | Lakeview Loan Servicing, LLC |
| 5:21-bk-00786-MJC | Thomas James Kenneally | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 5:21-bk-00847-MJC | Christopher J. Curry | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 5:21-bk-01467-MJC | Corenia S. Sirota | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 5:21-bk-01470-MJC | Millicent R. During | 13 | MIDFIRST BANK |
| 5:21-bk-01557-MJC | Jaimee Marie Haydt | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 5:21-bk-01571-MJC | Ricky Terrymore Samuels and Karen Angela Samuels | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 |
| 5:21-bk-01784-HWV | Elizabeth L. Boyle | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 5:21-bk-01801-MJC | Terrence M Faust and Michelle P Faust | 13 | U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 |
| 5:21-bk-02046-MJC | Denise M Riccio | 13 | M&T Bank |
| 5:21-bk-02192-MJC | Bryan Harry Gottstein and Beverly Ann Gottstein | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:21-bk-02318-MJC | Yvonne Siegel | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 5:21-bk-02689-MJC | Joseph Wongbe Cooper and Wanda Lynn Cooper | 13 | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 |

| Case | Debtor(s) | Ch. | Creditor |
|---|---|---|---|
| 5:22-bk-00084-MJC | Karen Joan Mongi | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 5:22-bk-00141-MJC | Michael Gimbel and Jeri N Gimbel | 13 | Nationstar Mortgage LLC |
| 5:22-bk-00188-MJC | Charles J Gedman and Georgianne Gedman | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 |
| 5:22-bk-00458-MJC | Ramona Roman-Rabassa | 13 | Freedom Mortgage Corporation |
| 5:22-bk-00569-MJC | Deborah L Boyle | 13 | U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust II |
| 5:22-bk-00673-MJC | Amy L. Hill | 13 | MidFirst Bank |
| 5:22-bk-00808-MJC | Leonard Bobcomb | 13 | Nationstar Mortgage LLC |
| 5:22-bk-01198-MJC | Gail LaVern Harrell | 13 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5 |
| 5:22-bk-01368-MJC | Laura A Butler | 13 | Metropolitan Life Insurance Company |
| 5:22-bk-01535-MJC | Ruica Lesley Thomas-Gilliam | 13 | BANK OF AMERICA, N.A. |
| 5:22-bk-01573-MJC | Leonard Michael Be | 13 | MATRIX FINANCIAL SERVICES CORP. |
| 5:22-bk-01617-MJC | Alrick Troy Emerson Marner and Tameka Elizabeth Williams | 13 | PENNYMAC LOAN SERVICES, LLC Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 |
| 5:22-bk-01868-MJC | Kemal Jadadic | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 5:22-bk-01994-MJC | Valerie Buckley Maniscalco | 13 | Colonial Savings, F.A. |

| | | | |
|---|---|---|---|
| 5:22-bk-01996-MJC | Kristine Guardino | 13 | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A |
| 5:22-bk-02052-MJC | Parminder Kaur | 13 | Nationstar Mortgage LLC |
| 5:22-bk-02102-MJC | Abigail Rose Reese | 13 | Lakeview Loan Servicing, LLC |
| 5:22-bk-02141-MJC | Lemuel Turton | 13 | M&T Bank |
| 5:22-bk-02207-MJC | James Donald Lacey | 13 | Waterfall Victoria Grantor Trust II, Series G |
| 5:22-bk-02354-MJC | Maranda Nichole Grasley | 13 | MIDLAND CREDIT MANAGEMENT INC. |
| 5:22-bk-02358-MJC | Shirley Marie Berry | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:22-bk-02400-MJC | Aaron Terrill Kemp | 13 | Nationstar Mortgage LLC |
| 5:22-bk-02430-MJC | Roberto Velasquez and Melissa Margaret Velasquez | 13 | Ark-La-Tex Financial Services, LLC |
| 5:23-bk-00017-MJC | Mark Antony Hickling | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans |
| 5:23-bk-00085-MJC | Donald Robert Masker, III and Heather Lee Masker | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:23-bk-00202-MJC | Karen G Reightler | 13 | M&T Bank |
| 5:23-bk-00251-MJC | Rose Marie Ziminsky | 13 | Nationstar Mortgage LLC |
| 5:23-bk-00304-MJC | Natalie Jasmin | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |

| Case Number | Debtor Name | Chapter | Creditor |
|---|---|---|---|
| 5:23-bk-00311-MJC | Douglas P. Ruszcyk and Cynthia L. Ruszcyk | 7 | AmeriSave Mortgage Corporation |
| 5:23-bk-00353-MJC | John Douglas Mindy | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-00365-MJC | Annette M Ciotola | 13 | Lakeview Loan Servicing, LLC |
| 5:23-bk-00404-MJC | Lois-Jean Cescilia Benjamin | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-00647-MJC | John M. Julian | 13 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust |
| 5:23-bk-00965-MJC | Richard Meier Yost | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-01012-MJC | Peter James Storaska, Jr. | 13 | MIDFIRST BANK |
| 5:23-bk-01190-MJC | Michaelle Ann Monto | 13 | UNITED WHOLESALE MORTGAGE, LLC. |
| 5:23-bk-01224-MJC | Steven F. Rinaldi | 13 | FREEDOM MORTGAGE CORPORATION |
| 5:23-bk-01361-MJC | Katie Barton | 13 | Lakeview Loan Servicing, LLC |
| 5:23-bk-01364-MJC | Rose D. Rajza | 13 | PNC Bank, National Association |
| 5:23-bk-01544-MJC | Luba Bauko-Potenziani | 13 | Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee |
| 5:23-bk-01586-MJC | Tammy L Green | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-01671-MJC | Stacy Renee Reed | 13 | Freedom Mortgage Corporation |

| Case | Debtor | Ch. | Creditor |
|---|---|---|---|
| 5:23-bk-01682-MJC | Doralice Yvette Cruz | 13 | Lakeview Loan Servicing, LLC |
| 5:23-bk-01871-MJC | Angel L. Vargas, Jr. | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-01998-MJC | Louise May Stasik | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 5:23-bk-02013-MJC | Tiffany Hunter | 13 | Lakeview Loan Servicing, LLC. |
| 5:23-bk-02015-MJC | John Edward Sabol | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 5:23-bk-02098-MJC | Stephen Anthony McQueen | 13 | Legacy Mortgage Asset Trust 2020-GS4 |
| 5:23-bk-02240-MJC | Joann Mary Bentler-Alfano | 13 | Lakeview Loan Servicing LLC |
| 5:23-bk-02246-MJC | Rohan Cosmus Cozier and Lynn Patricia Cozier | 13 | Nationstar Mortgage LLC |
| 5:23-bk-02338-MJC | Meghan E Laudenslager | 13 | The Northumberland National Bank |
| 5:23-bk-02422-MJC | Joseph Capurso | 13 | The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 |
| 5:23-bk-02441-MJC | Allan J Wood, Jr and Julie Ann Wood | 13 | Matrix Financial Services Corporation |
| 5:23-bk-02448-MJC | Eric W. Steinmetz | 13 | MIDFIRST BANK |
| 5:23-bk-02461-MJC | Donya Yvonne Morris-Fenton | 13 | M&T BANK |
| 5:23-bk-02471-MJC | William Daniel Glycenfer | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 5:23-bk-02489-MJC | Alexandria Lynn Hashagen | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-02539-MJC | Chad Richard Garrett and Melodie Jeanne Garrett | 13 | loanDepot.com, LLC |
| 5:23-bk-02631-MJC | Janis Eleanor McDonough and Joseph Lee McDonough | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-02655-MJC | John Kelmeris and Donna Marie Kelmeris | 13 | Nations Lending Corporation |
| 5:23-bk-02840-MJC | Lee Edgar Burgess, Jr. | 13 | Nationstar Mortgage LLC |
| 5:23-bk-02873-MJC | James Allotta | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:23-bk-02884-MJC | Barbara Louise Jernigan | 13 | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company |
| 5:24-bk-00039-MJC | Joseph Sebastian Modla, Jr. | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00079-MJC | Michael Joseph Pipitone | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00099-MJC | Ella Mae Wilbur | 13 | Lakeview Loan Servicing, LLC |
| 5:24-bk-00101-MJC | Sheldon O'Neil Harris-Jackson and Lucille Stacy Amanda Harris-Jackson | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00220-MJC | Milton Felix Rosado and Marianne Rosado | 13 | CrossCountry Mortgage, LLC |
| 5:24-bk-00276-MJC | James Joseph Hughes, Sr. and Ashley Ann Hughes | 13 | Lakeview Loan Servicing, LLC |
| 5:24-bk-00594-MJC | David Joseph Evans and Katlyn Marie Evans | 13 | M&T BANK |

| | | | |
|---|---|---|---|
| 5:24-bk-00631-MJC | Lori Ann Soroka | 13 | M&T BANK |
| 5:24-bk-00657-MJC | Jeffrey David Horacek | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00716-MJC | Allan R. Shavis | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00723-MJC | Brian L. Strohl | 13 | Lakeview Loan Servicing, LLC |
| 5:24-bk-00802-MJC | Eric Brian Lawson | 13 | M&T BANK |
| 5:24-bk-00804-MJC | Shariffe O Harrisingh | 13 | Matrix Financial Services Corporation |
| 5:24-bk-00805-MJC | Chadwick J. Buynak | 13 | MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. |
| 5:24-bk-00819-MJC | Christina Dawn Keller | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-00930-MJC | Voncretia A Peck | 13 | MIDLAND CREDIT MANAGEMENT INC. |
| 5:24-bk-01084-MJC | Ronald James Salvi | 13 | Nationstar Mortgage LLC |
| 5:24-bk-01452-MJC | Rebecca L. Steigerwalt | 13 | M&T BANK |
| 5:24-bk-01499-MJC | Javier Winston Enriquez | 13 | SWBC Mortgage Corporation |
| 5:24-bk-01545-MJC | Richele A Frechen | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-01804-MJC | Jefferey Lynn Beecroft, Jr. | 13 | PENNYMAC LOAN SERVICES, LLC |

| Case | Debtor | Chapter | Creditor |
|---|---|---|---|
| 5:24-bk-01834-MJC | Jose Luis Sanchez | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-01953-MJC | David P. Foust | 13 | M&T BANK |
| 5:24-bk-02064-MJC | Denise Calloway | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-02073-MJC | Daniel Brian Martine and Frances Elizabeth Martine | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-2 |
| 5:24-bk-02088-MJC | Jill Yvette Stitt | 13 | Lakeview Loan Servicing, LLC |
| 5:24-bk-02336-MJC | Michael Edward Brennan | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2018-1 |
| 5:24-bk-02419-MJC | Joel Ryan Foster | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-02453-MJC | Christopher P Hardy | 7 | Lakeview Loan Servicing, LLC |
| 5:24-bk-02534-MJC | Christina DiFelice | 13 | Lakeview Loan Servicing, LLC |
| 5:24-bk-02544-MJC | Louis Arthur Soskin | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-02793-MJC | Kyle Van Dyk and Dina Marie Van Dyk | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-02876-MJC | Rickey O. Brathwaite | 13 | U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 |
| 5:24-bk-02981-MJC | William Adam Paul Weiss, IV | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-02990-MJC | Wilma Anaisa Sencion | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 |

| | | | |
|---|---|---|---|
| 5:24-bk-03095-MJC | Arthur Paul Price | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-03114-MJC | Keynone Jermaine Taylor and Glenda Joy Taylor | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-03153-MJC | Vito A Fesler and Toni L. Fesler | 13 | U.S. Bank National Association, as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust |
| 5:24-bk-03171-MJC | Marcus Jared Taylor | 13 | loanDepot.com, LLC |
| 5:24-bk-03254-MJC | Rachel Marie Hirel | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 5:24-bk-03278-MJC | Lewis A Smith, Jr | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:24-bk-03291-MJC | Carol A. Faust | 13 | M&T Bank |
| 5:25-bk-00204-MJC | Ronald Joseph Besser, Jr. and Dana Louise Besser | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:25-bk-00281-MJC | Paul David Roberts and Claudia Anne Roberts | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 |
| 5:25-bk-00716-MJC | Michelle A. Gombar | 13 | Lakeview Loan Servicing, LLC |
| 5:25-bk-00843-MJC | Jason Alan Bawiec | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:25-bk-01052-MJC | Marissa Louise McCooey | 13 | PENNYMAC LOAN SERVICES, LLC |
| 5:25-bk-01626-MJC | Ronald A. Perez and Denisse Perez | 13 | Lakeview Loan Servicing, LLC |
| 5:25-bk-01829-MJC | Terrence James Delaney | 13 | Lakeview Loan Servicing, LLC |

| | | | |
|---|---|---|---|
| 5:25-bk-02574-MJC | Brock Andrew Butz and Angela Charlene Butz | 13 | PENNYMAC LOAN SERVICES, LLC |