**Fill in this information to identify the case:**

Debtor 1   Donald Robert Masker, III aka Donald Masker aka Donald R Masker aka Donald Robert Masker

Debtor 2   Heather Lee Masker fka Heather Florentino fka Heather L Florentino aka Heather Masker aka Heather L Masker FKA Heather Lee Florentino
(Spouse, if filing)

United States Bankruptcy Court for the: Middle _____ District of Pennsylvania
                                                                    (State)

Case number   5:23-bk-00085-MJC

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

**Court claim no**. (if known):
9

**Name of claim holder:**   Rocket Mortgage, LLC

**Last 4 digits** of any number you use to identify the debtor's account:   ******1849

**Property address:**   580 Prompton Rd
Number      Street

Prompton            PA       18456
City                      State      ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:   $ 4,884.62 .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:   $ _____ .

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:   $ _____ .

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____ .

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:     02/28/2026

    ii.   Date next postpetition payment from the debtor is due:     04/01/2026

    iii.   Amount of the next postpetition payment that is due:    $ 1,294.16

    iv.   Unpaid principal balance of the loan:    $ 161,741.37

    v.   Additional amounts due for any deferred or accrued interest:    $ 304.74

    vi.   Balance of the escrow account:    $ 2,522.88

    vii.   Balance of unapplied funds or funds held in a suspense account:    $ 288.28

    viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 0.00

**Part 4**       **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Shawn Miller*          Date 3/19/2026

Signature

Name    Shawn Miller

First name          Middle name          Last name

Title    Agent for Creditor

Company    Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number          Street

Atlanta                                  GA          30305

City                                  State          ZIP Code

Contact phone    (404 ) 994-7400                    Email shawnmiller@aldridgepite.com

Case 5:23-bk-00085-MJC    Doc 53    Filed 03/20/26    Entered 03/20/26 12:56:30    Desc
Main Document       Page 3 of 5

```
                    ================================================              3/16/26
                             Payoff Quote Include/Omit Items                     16:23:51
                    ================================================                 ADD
              PO Dt   3/24/26       Int Paid To      3/01/26
              Sub Code     01       Next Due Dt      4/01/26      Int Rate        2.990
Prin Bal         161,741.37         Per Diem Int          13.25  Int Calcs       304.74
Optional Items to I-Include or O-Omit:                          Plan Number     00002
I  Escrow Balance              2,522.88     O  Total Late Charges               .00
   Interest on Escrow               .00     I  Total NSF Charges                .00
I  Escrow Advance                   .00     O  Optional Ins Payment             .00
I  Misc Suspense Bal             288.28     O  Prepayment Penalty               .00
I  Forbearance Bal                  .00     O  Mortgage Ins Premium          112.21
O  Subsidy                          .00     O  Other Fees Due                   .00
O  Hazard Suspense Bal              .00     O  Rebate Points Financed     0000000
   Int on Hazard Loss               .00     I  Deferred Principal               .00
O  Inv. Advance                     .00     O  Recording Fee              0000000000000
I  Corp Advance Bal                 .00     O  Quote fee                  0000000000000
O  Corp Expense Bal                 .00     O  Oth2   COUNTY RECORDING FEE  0000000006075
O  Default Int Due                  .00     O  Oth1   ANTICIPATED FEE       0000000000000  +
I  Deferred Int                     .00     O  MBS Liq Difference             98.27
O  Prepaid Ins Rebate               .00
O  Partial Claims                   .00
Accept Quote - Y/N N                                   PO Amt             159,234.95


   F11=Corp Adv    F12=Return    F13=Opt Ins     F14=Corp Expense      F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>March 20, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | jackz@pamd13trustee.com |
| | |
| Debtor's Counsel Name: | Carlo Sabatini |
| Debtor's Counsel Address: | Sabatini Law Firm, LLC |
| | 216 N. Blakely St. |
| | Dunmore, PA 18512 |
| Debtor's Counsel Email: | usbkct@bankruptcypa.com |
| | |
| Debtor 1 Name: | Donald Robert Masker, III |
| Debtor 2 Name: | Heather Lee Maker |
| Debtor's Mailing Address: | 580 Prompton Rd |
| | Prompton, PA 18456-3225 |

  /s/ Ciara M. Pumicpic